UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCAS DESLANDE, *individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>-v.-<br><br>FORTREA HOLDINGS INC., THOMAS PIKE, and JILL MCCONNELL,<br><br>Defendants. | 25 Civ. 4630 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 2, 2025, Plaintiffs filed a class action lawsuit on behalf of certain holders of Fortrea securities. The complaint alleges violations of Section 10(b) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5; and Section 20(a) of the 1934 Act, 15 U.S.C. § 78t(a).

The Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class —
>
> > (I) of the pendency of the action, the claims asserted therein, and the purported class period … .

15 U.S.C. § 78u-4(a)(3)(A)(i)(I).

It is hereby ORDERED that no later than **July 8, 2025**, Plaintiff shall advise the Court in writing of the date and manner in which he published this notice.

SO ORDERED.

Dated:     June 5, 2025
              New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge