## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCAS DESLANDE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORTREA HOLDINGS INC., THOMAS PIKE, and JILL MCCONNELL,<br><br>Defendants. | Case No.  1:25-cv-04630-KPF |

**DECLARATION OF MATTHEW L. TUCCILLO, ESQ. IN FURTHER SUPPORT OF THE MOTION OF THE NOVA SCOTIA PUBLIC SERVICE SUPERANNUATION PLAN AND THE NOVA SCOTIA TEACHERS' PENSION PLAN <u>FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL</u>**

Pursuant to 28.U.S.C. §1746, I, MATTHEW L. TUCCILLO, declare as follows:

1.     I am over twenty-one years of age, and I am fully competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.     I am a Partner at the law firm Pomerantz LLP ("Pomerantz"), counsel for lead plaintiff movants the Nova Scotia Public Service Superannuation Plan ("PSSP") and the Nova Scotia Teachers' Pension Plan ("TPP" and, together with PSSP, the "Nova Scotia Plans") in the above-captioned litigation.  My office is located at 600 Third Avenue, New York, NY 10016.

3.     I am a member in good standing of the Bars of the States of Connecticut and New York and the Commonwealth of Massachusetts, the United States Supreme Court, the United States Circuit Courts of Appeals for the Second, Fifth, and Ninth Circuits, and the United States District Courts for the District of Connecticut, the District of Massachusetts, the Eastern and Southern Districts of New York, the Southern District of Texas, the Northern District of Illinois, and the Eastern District of Wisconsin.

4.     I submit this Declaration in further support of the Nova Scotia Plans' motion for appointment as Lead Plaintiffs for the Class in the above-captioned action and approval of their selection of Pomerantz as Lead Counsel for the Class.

5.     Attached hereto as the exhibits indicated are true and correct copies of:

Exhibit A:     Order consolidating related actions, appointing lead plaintiff, and approving lead counsel in the matter *Malm v. STMicroelectronics N.V., et al*, No. 1:24-cv-06384 (S.D.N.Y. Nov. 6, 2024);

Exhibit B:     Order appointing lead plaintiff and approving lead counsel in the matter *In Re Hut 8 Corp. Sec. Litig.*, No. 1:24-cv-00904 (S.D.N.Y. Apr. 19, 2024);

Exhibit C:     Order appointing lead plaintiff and approving lead counsel in the matter *Semerak v. VNET Group, Inc., et al*, No. 1:23-cv-11187 (S.D.N.Y. Mar. 13, 2024);

Exhibit D:     Order appointing lead plaintiff and approving lead counsel in the matter *In Re: Med. Properties Tr., Inc. Sec. Litig.*, No. 1:23-cv-08597 (S.D.N.Y. Aug. 13, 2024); and

1

2

Exhibit E:     Order appointing lead plaintiff and approving lead counsel in the matter *Banerjee v. Zhangmen Educ. Inc., et al*, No. 1:21-cv-09634 (S.D.N.Y. Feb. 11, 2022).

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 15, 2025.

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo

2