UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LUCAS DESLANDE, Individually and on :
Behalf of All Others Similarly Situated, :
                                :    Civil Action No. 1:25-cv-04630-KPF

             Plaintiff, :
                                :

    vs. :
                                  :

FORTREA HOLDINGS INC., THOMAS PIKE,:
and JILL MCCONNELL, :
                                  :

             Defendants. :
                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF ROBERT A. FUMERTON
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE
## AMENDED CLASS ACTION COMPLAINT

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate,

Meagher & Flom LLP, counsel for Defendants Fortrea Holdings Inc. ("Fortrea"), Thomas Pike,

and Jill McConnell.

2.      I respectfully submit this Declaration in support of Defendants' Motion to

Dismiss the Amended Class Action Complaint, filed concurrently herewith, and to transmit true

and correct copies of the following documents referenced in the accompanying memorandum of

law:

Exhibit A....................Excerpts of Fortrea's 8-K Exh. 99.1 (July 3, 2023), full document
available at
https://www.sec.gov/Archives/edgar/data/1965040/000196504023
000021/exhibit991-10x12ba.htm

Exhibit B....................Excerpts of Fortrea's Fiscal Year 2023 Form 10-K (Mar. 13,
2024), full document available at
https://www.sec.gov/ix?doc=/Archives/edgar/data/0001965040/00
0196504024000010/ftre-20231231.htm

Exhibit C ...................Excerpts of Fortrea's Second Quarter 2024 10-Q (Aug. 12, 2024), full document available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001965040/000196504024000054/ftre-20240630.htm

Exhibit D ...................Excerpts of Fortrea's Third Quarter 2024 10-Q (Nov. 8, 2024), full document available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001965040/000196504024000064/ftre-20240930.htm

Exhibit E ...................Excerpts of Fortrea's Fiscal Year 2024 Form 10-K (Mar. 3, 2025), full document available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001965040/000196504025000015/ftre-20241231.htm

Exhibit F ...................Transcript of JPMorgan Healthcare Conference (Jan. 10, 2024)

Exhibit G ...................Transcript of Fortrea's Second Quarter 2023 Earnings Call (Aug. 14, 2023)

Exhibit H ...................Transcript of Fortrea's Third Quarter 2023 Earnings Call (Nov. 13, 2023)

Exhibit I ...................Transcript of  Fortrea's Second Quarter 2024 Earnings Call (Aug. 12, 2024)

Exhibit J ...................Transcript of  Fortrea's Third Quarter 2024 Earnings Call (Nov. 8, 2024)

Exhibit K ...................Transcript of Barclays Global Healthcare Conference (Mar. 12, 2024)

Exhibit L ...................William Blair Equity Research, *Fortrea Holdings Inc.: Feeling Incrementally More Positive on the Back of Strong Bookings, but We Remain Cautious Around Near-Term Margin Outlook*, (Mar. 11, 2024)

Exhibit M ...................Jefferies Equity Research, *Fortrea Inc.: 4 Key Insights: FTRE 4Q23* (Mar. 11, 2024)

Exhibit N ...................Deutsche Bank Research, *Fortrea Company Update: Year One Post Spin a Tale of Two Halves*, (Mar. 11, 2024)

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2026, in New York, New York.

/s/ Robert A. Fumerton
Robert A. Fumerton