# Exhibit L

Equity Research
**Healthcare | Pharmaceutical Outsourcing & Services**

*William Blair*

March 11, 2024

**Max Smock, CFA**  +1 312 364 8336
msmock@williamblair.com

**Christine Rains**  +1 312 364 8217
crains@williamblair.com

# Fortrea Holdings Inc.

## Feeling Incrementally More Positive on the Back of Strong Bookings, but We Remain Cautious Around Near-Term Margin Outlook

### What Happened?

Fortrea reported fourth-quarter results and held its earnings call on Monday, March 11. Revenue of $775 million (+1.8% year-over-year) was slightly below our $777 million estimate (Street: $779 million), with lower-than-expected clinical services revenue ($710 million versus our $713 million estimate) partly offset by modestly better-than-expected performance in enabling services ($66 million versus our $65 million estimate). However, net new business awards of $923 million came in well above our $855 million estimate, leading to a book-to-bill of 1.30 times in the quarter (versus our estimate of 1.20 times). Below the top line, adjusted EBITDA of $67 million came in below our $72 million estimate (Street also modeled $72 million), as did adjusted EPS ($0.19 versus our $0.24 target; Street: $0.23). Fortrea also issued initial 2024 guidance, calling for revenue in the range of $3,140 million to $3,205 million (versus our previous estimate of $3,199 million; Street: $3,205 million) and adjusted EBITDA between $280 million and $320 million (versus our previous estimate of $325 million; Street: $318 million). Lastly, the company announced that it will divest essentially all of its enabling services segment to private equity firm Arsenal Capital Partners for total expected consideration of $345 million, with the deal expected to close in the second quarter of 2024. A full summary of results versus our and consensus estimates as well as a summary of our model updates are provided at the end of this note.

### Our Take

We're admittedly a bit conflicted about Fortrea's update. On one hand, bookings meaningfully exceeded expectations and the top-line portion of the company's initial 2024 outlook looks reasonable in light of the better-than-expected bookings in the fourth quarter, positive macro commentary from peers, an encouraging rebound in the XBI year-to-date, and strong biotech funding data so far in 2024. In addition, we like Fortrea's decision to divest its enabling services business, which we believe makes sense from a strategic perspective as it should enable the company to both improve its capital structure and focus its investments and innovation on clinical research services. On the other hand, it is hard to overlook the execution risk embedded in the aggressive margin ramp-up expected by the end of 2024, especially in light of the adjusted EBITDA miss observed in the fourth quarter. And while we do not see structural issues that would prevent Fortrea from generating adjusted EBITDA margins in line with peers longer term, we remain concerned that expectations for margin expansion near term are too aggressive. All in, we are incrementally more positive around the outlook for Fortrea from here on the back of its strong bookings in the quarter, but with its stock only trading at a modest discount to the average for its closest clinical CRO peers (18.4x our 2025 adjusted EPS estimate versus 20.0x average for ICON [ICLR $332.38; Outperform] and IQVIA [IQV $258.58; Outperform]), its valuation does not seem meaningful enough to justify the execution risk that we believe is present over the next few years. As a result, we reiterate our Market Perform rating.

Based in Durham, North Carolina, Fortrea is a global CRO providing comprehensive Phase I through Phase IV biopharmaceutical product and medical device services, patient access solutions, and other enabling services.

**Please refer to important disclosures on pages 5 – 7. Analyst certification is on page 5.**

**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

---

Stock Rating: **Market Perform**

| | | |
|---|---|---|
| Symbol: | | FTRE (NASDAQ) |
| Price: | | $36.41 (52-Wk.: $25-$38) |
| Market Value (M): | | $3,271 |
| Dividend/Yield: | | $0.00/0.00% |
| Fiscal Year End: | | December |

| | | 2023A | 2024E | 2025E |
|---|---|---|---|---|
| **Estimates** | | | | |
| Sales (M) | Q1 | $764.2 | $753.8 | $819.8 |
| | Q2 | $793.0 | $792.2 | $825.0 |
| | Q3 | $776.4 | $803.6 | $833.6 |
| | Q4 | $775.4 | $814.5 | $840.9 |
| | FY | $3,109.0 | $3,164.1 | $3,319.3 |
| EBITDA (M) Adjusted | Q1 | $57.1 | $34.6 | $84.3 |
| | Q2 | $72.5 | $63.6 | $89.2 |
| | Q3 | $70.5 | $91.9 | $112.4 |
| | Q4 | $67.2 | $105.9 | $119.3 |
| | FY | $267.3 | $296.0 | $405.3 |
| EPS Adjusted | Q1 | $0.46 | $(0.10) | $0.36 |
| | Q2 | $0.52 | $0.18 | $0.40 |
| | Q3 | $0.24 | $0.41 | $0.58 |
| | Q4 | $0.19 | $0.54 | $0.64 |
| | FY | $1.40 | $1.03 | $1.98 |
| **Valuation** | | | | |
| EV/Sales | | 1.5x | 1.5x | 1.4x |
| EV/EBITDA | | 17.8x | 16.0x | 11.7x |
| FY P/E | | 26.0x | 35.3x | 18.4x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 88.8 |
| Float (M): | 88.6 |
| Avg. Daily Volume (90-day): | 987,267 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $19.58 |
| Enterprise Value (M): | $4,749 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

William Blair

**Key Takeaways**

**Strong bookings and demand momentum expected to drive a return to market growth in the second half of 2024.** Management's tone surrounding its demand outlook was notably more positive than when the company last updated investors at a competitor conference in early January. While we were concerned that highly publicized issues with one of its customer's trials would derail momentum in the fourth quarter, bookings of $923 million came in well above our $855 million estimate, leading to an impressive 1.30x book-to-bill for the period (versus our 1.20x estimate). Notably, management indicated that momentum has carried into 2024, with the company's solid pipeline of opportunities putting it in good shape to maintain a book-to-bill ratio above 1.20x moving forward. Despite this momentum, Fortrea's top-line outlook for 2024 only calls for modest growth (roughly 1% to 3%), with a decline in service fee revenue in the first half of the year expected due to a less favorable mix of business wins during the spin year that ran from July 2022 through June 2023. However, by the back half of the year management expects growth to return to being in line with overall expected CRO market growth of roughly 3% to 5%.

**Fiscal 2024 adjusted EBITDA guide disappoints, but aggressive second-half margin ramp-up sets the stage for significant growth in 2025.** Fortrea is targeting an adjusted EBITDA margin of 9.5% at the midpoint in 2024, which falls significantly short of our previous 10.2% target and the consensus target of 9.9%. However, the company maintained its goal of exiting 2024 with a roughly 13.0% adjusted EBITDA margin run-rate, implying an impressive 430-basis-point ramp-up over the course of the year. Management expects roughly one-third of total adjusted EBITDA dollars to be delivered in the first half, weighed down by the company's remaining TSAs with LabCorp (exited 40% of TSAs by volume, but most cost-intensive IT arrangements remain) and staff retention costs in anticipation of second-half growth. While management fell short of committing to additional adjusted EBITDA margin expansion from its targeted 2024 exit rate of 13% in 2025, we believe there should be ample room for margin expansion, as top-line growth accelerates and the company exits the remaining 60% of its TSAs, streamlines its cost infrastructure, optimizes its resource utilization, and continues to invest in cost-saving automation technologies.

**Fortrea sheds enabling service segment to focus on core clinical operations.** Fortrea announced that it entered into an agreement to divest its enabling service segment assets, namely its endpoint clinical (provides randomization and trial supply management solutions) and patient access (provides patient support, product access, affordability and adherence solutions) businesses to private equity firm Arsenal Capital Partners. Arsenal will pay $345 million for the segment (around 11.5 times expected 2024 segment adjusted EBITDA), with $295 million to be paid at closing and $50 million to be paid upon achievement of certain transition-related milestones. The deal is expected to close in the second calendar quarter of 2024, after which Fortrea will report results in one consolidated clinical services segment. Fortrea plans to use the majority of the proceeds to pay down its existing debt and move its net leverage ratio from its current level at 5.7 times trailing-12-month adjusted EBITDA closer to its medium-term target of 2.5 to 3 times. While we thought Fortrea's enabling service segment solutions were attractive, we like the divestiture, which removes the impact of more cyclical services and should allow management to tell a cleaner story and focus its attention on execution in its core clinical services business, while at the same time enabling the company to improve its capital structure.

**Risks**
Fortrea has a limited history of operating as a standalone business; the company could continue to lose share because of execution issues and spin-related disruptions; the weak biotech funding environment could lead to a decrease in R&D spending by biopharmaceutical companies; the company has a high debt burden in comparison to its earnings; and outsourcing penetration rates could reach a ceiling.

William Blair

**Fortrea**
**Quarter Review**

| Fourth Quarter 2023 Summary Results | | | | | | | |
|---|---|---|---|---|---|---|---|
| $s in millions, except EPS | Q4'23 actual | Q4'23 estimate | Variance | | Q4'23 actual | Q4'22 actual | Variance |
| Net new business awards | $ 923 | $ 855 | $ 67 | $ | 923 | $ - | $ 923 |
| Y/y change (%) | NA | NA | NA | | NA | -% | NA |
| Net book-to-bill (quarter) | 1.30x | 1.20x | 0.10x | | 1.30x | 0.00x | 1.30x |
| Ending backlog | 7,392 | 7,207 | 185 | | 7,392 | - | 7,392 |
| Y/y change (%) | NA | NA | NA | | NA | -% | NA |
| Backlog conversion rate | 10.0% | 10.0% | - bps | | 10.0% | -% | 1,000 bps |
| **Revenue** | **775** | **777** | **(2)** | | **775** | **762** | **14** |
| Y/y change (%) | 1.8% | 2.1% | (30) bps | | 1.8% | NA | NA |
| Direct costs | 656 | 645 | 10 | | 656 | 600 | 56 |
| **Gross profit** | **120** | **132** | **(12)** | | **120** | **162** | **(42)** |
| Gross margin | 15.4% | 17.0% | (160) bps | | 15.4% | 21.2% | (580) bps |
| Selling, general and administrative | 53 | 60 | (7) | | 53 | 52 | 1 |
| % of revenue | 6.8% | 7.7% | (90) bps | | 6.8% | 6.8% | - bps |
| Y/y change (%) | NA | 15.8% | NA | | NA | NA | NA |
| **Adjusted EBITDA** | **67** | **72** | **(5)** | | **67** | **110** | **(43)** |
| Adjusted EBITDA margin | 8.7% | 9.3% | (60) bps | | 8.7% | 14.4% | (570) bps |
| Y/y change (%) | NA | (34.2%) | NA | | NA | NA | NA |
| Depreciation | 8 | 10 | (2) | | 8 | 7 | 1 |
| **Adjusted EBIT** | **59** | **63** | **(3)** | | **59** | **103** | **(44)** |
| Interest expense/(income) | 35 | 35 | (0) | | 35 | - | 35 |
| Other expense/(income) | - | - | - | | - | - | - |
| Income tax expense/(benefit) | 8 | 7 | 1 | | 8 | 21 | (13) |
| **Adjusted net income** | **17** | **21** | **(4)** | | **17** | **82** | **(65)** |
| Shares outstanding | 90 | 89 | 0 | | 90 | 89 | 1 |
| **Adjusted EPS** | **0.19** | **0.24** | **(0.05)** | | **0.19** | **0.92** | **(0.74)** |
| Y/y change (%) | NA | (74.4%) | NA | | NA | NA | NA |

| Consensus Estimates | | | |
|---|---|---|---|
| $s in millions, except EPS | Q4'23 actual | Q4'23 consensus | Fav/(unfav) variance |
| Revenue | $ 775 | $ 779 | $ (4) |
| Adjusted EBITDA | 67 | 72 | (5) |
| Adjusted EPS | 0.19 | 0.23 | (0.05) |

Note: This is a summary table. Not all line items and adjustments are included, so numbers may not sum.
Sources: Company reports, FactSet, and William Blair Equity Research

William Blair

**Fortrea**
**Model Changes**

### Fourth Quarter 2023 Model Changes

| $s in millions, except EPS | 2023A Actual results | 2024E Current estimate | 2024E Previous estimate | 2024E Change | 2025E Current estimate | 2025E Previous estimate | 2025E Change |
|---|---|---|---|---|---|---|---|
| Net new business awards | NA | $ 3,556 | $ 3,516 | $ 41 | $ 3,754 | $ 3,683 | $ 72 |
| Y/y change (%) | NA | NA | NA | NA | 5.6% | 4.8% | 80 bps |
| Net book-to-bill (TTM) | NA | 1.23x | 1.20x | 0.03x | 1.23x | 1.20x | 0.03x |
| Ending backlog | 7,392 | 7,784 | 7,523 | 261 | 8,219 | 7,861 | 359 |
| Y/y change (%) | NA | 5.3% | 4.4% | 90 bps | 5.6% | 4.5% | 110 bps |
| **Revenue** | **3,109** | **3,164** | **3,199** | **(35)** | **3,319** | **3,345** | **(26)** |
| Y/y change (%) | 0.4% | 1.8% | 2.8% | (110) bps | 4.9% | 4.6% | 30 bps |
| Direct costs | 2,589 | 2,624 | 2,614 | 10 | 2,680 | 2,658 | 22 |
| **Gross profit** | **520** | **540** | **585** | **(45)** | **639** | **687** | **(48)** |
| Gross margin | 16.7% | 17.1% | 18.3% | (120) bps | 19.3% | 20.5% | (130) bps |
| Selling, general and administrative | 253 | 244 | 260 | (16) | 234 | 280 | (47) |
| % of revenue | 8.1% | 7.7% | 8.1% | (40) bps | 7.0% | 8.4% | (130) bps |
| Y/y change (%) | 3.9% | (3.8%) | (0.3%) | (350) bps | (4.0%) | 8.0% | (1,200) bps |
| **Adjusted EBITDA** | **267** | **296** | **325** | **(29)** | **405** | **407** | **(2)** |
| Adjusted EBITDA margin | 8.6% | 9.4% | 10.2% | (80) bps | 12.2% | 12.2% | 10 bps |
| Y/y change (%) | (34.0%) | 10.8% | 19.4% | (870) bps | 36.9% | 25.0% | 1,190 bps |
| Depreciation | 33 | 38 | 41 | (3) | 40 | 45 | (5) |
| **Adjusted EBIT** | **235** | **258** | **284** | **(26)** | **366** | **362** | **4** |
| Interest expense/(income) | 70 | 131 | 137 | (6) | 125 | 137 | (12) |
| Other expense/(income) | - | - | - | - | - | - | - |
| Income tax expense/(benefit) | 40 | 34 | 37 | (3) | 60 | 56 | 4 |
| **Adjusted net income** | **125** | **93** | **110** | **(17)** | **181** | **169** | **12** |
| Shares outstanding | 89 | 90 | 90 | 1 | 91 | 91 | 1 |
| **Adjusted EPS** | **1.40** | **1.03** | **1.23** | **(0.20)** | **1.98** | **1.86** | **0.11** |
| Y/y change (%) | (58.8%) | (26.4%) | (15.5%) | (1,080) bps | 91.7% | 51.8% | 3,990 bps |

### Consensus Estimates

| $s in millions, except EPS | 2024E William Blair | 2024E Consensus | 2024E Variance | 2025E William Blair | 2025E Consensus | 2025E Variance |
|---|---|---|---|---|---|---|
| Revenue | $ 3,164 | $ 3,205 | $ (41) | $ 3,319 | $ 3,368 | $ (48) |
| Adjusted EBITDA | 296 | 327 | (31) | 405 | 409 | (4) |
| Adjusted EPS | 1.03 | 1.06 | (0.03) | 1.98 | 1.81 | 0.17 |

Note: This is a summary table. Not all line items and adjustments are included, so numbers may not sum.
Sources: Company reports, FactSet, and William Blair Equity Research

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate is a market maker in the security of Fortrea Holdings Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Fortrea Holdings Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Fortrea Holdings Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Max Smock attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 38722.70
S&P 500: 5123.69
NASDAQ: 15939.60



**Fortrea Holdings Inc. Rating History as of 03/08/2024**
powered by: BlueMatrix

Closing Price

OP:Outperform Mkt:Market Perform UP:Under Perform NR:Not Rated I:Initiation of Coverage D:Dropped Coverage

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of March 11, 2024):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 70 | Outperform (Buy) | 7 |
| Market Perform (Hold) | 29 | Market Perform (Hold) | 3 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been taken from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

If the recipient received this research report pursuant to terms of service for, or a contract with William Blair for, the provision of research services for a separate fee, and in connection with the delivery of such research services we may be deemed to be acting as an investment adviser, then such investment adviser status relates, if at all, only to the recipient with whom we have contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing). If such recipient uses these research services in connection with the sale or purchase of a security referred to herein, William Blair may act as principal for our own account or as riskless principal or agent for another party. William Blair is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2024, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John Kreger, Partner    Director of Research    +1 312 364 8612**
**Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Phillip Blee, CPA    +1 312 801 7874**
*Home and Outdoor, Automotive Parts and Services, Discount and Convenience*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Cristopher Kennedy, CFA    +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt    +1 312 364 8106**
*Wealthtech, Wealth Management, Capital Markets Technology*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.    +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner    +1 312 364 5051**

**Myles R. Minter, Ph.D.    +1 617 235 7534**

**Matt Phipps, Ph.D., Partner    +1 312 364 8602**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner    +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor Andrew, CFA, Partner    +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez, CFA    +1 212 237 2776**
*Dental, Animal Health*

### Life Sciences

**Matt Larew, Partner    +1 312 801 7795**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA    +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA    +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

**Trevor Romeo, CFA    +1 312 801 7854**
*Staffing*

**Scott Hansen    Associate Director of Research    +1 212 245 6526**

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer    +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney    +1 312 364 8123**
*Sustainability Services*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Larry De Maria, CFA    +1 212 237 2753**
Group Head–Global Industrial Infrastructure
*Industrial Machinery, Diversified, and Automation*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace and Defense, Smart Cities*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner    +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia    +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA    +1 312 364 8938**
*Software, Software as a Service*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Maggie Nolan, CPA, Partner    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Jake Roberge    +1 312 364 8056**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner    +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**
**Mubasil Chaudhry, Editor and SA    +44 20 7868 4453**