# Exhibit M

# Jefferies

USA | Healthcare Services

## Fortrea Inc

Equity Research
March 11, 2024

## 4 Key Insights: FTRE 4Q23

Initial investor selloff this morning reflected disappointment around EBITDA margin <9% and the price concessions disclosed in the EBITDA bridge. However, by the close, mgt's clearly defined path to 13%+ EBITDA margins had clearly resonated. The strategy: divesting Enabling Services to focus on full-service CRO, selectively discounting to win here while maintaining some excess headcount to accommodate future growth. Reit Buy; maintain $44 PT (13.4x '25).

**Why Was '23 EBITDA Margin <9%?** In '23, EBITDA margin decreased 450 bps y/y. Even before the call, we and investors widely understood that FTRE's operating costs are higher than peers', in part due to Transition Service Agreements (TSAs) with LH. Today, mgt also pointed to sequentially lower attrition/higher FTEs through '23 and YTD. As a result, FTRE should have high incremental margin with rev growth. During our callback, mgt further alluded to a 4Q decrease in services (605) revenue vs. the growth reported y/y on 606 basis. Services revenue generates EBITDA; pass-throughs do not.

**Bridge to 13% EBITDA Margin in 4Q24 and Beyond.** This is an explicit target from mgt. With 60% of TSAs ($ value) left to be terminated, primarily in 2H, the areas for cost cuts are obvious. 1H24 may see depressed margins, however, bonus accrual is reinstated and soft 1H23 bookings may not translate into enough revenue to fully utilize headcount. As such, mgt is expecting 1/3 of total EBITDA $ to fall in 1H vs. 2/3 in 2H. GM should improve particularly in 2H24 vs. SG&A cuts more material in '25. Mgt plans revise its P&L geography of IT costs between SG&A vs. cost of services, to more closely match industry norms. Currently, Cost of Sales is overstated and SG&A understated. This is more congruent with duplicative IT/TSA costs.

**Glimpses of Mgt's Strategy.** Despite the client concession FTRE backed out from adjusted EBITDA ($5.5M in '23 growing to $7.0M in '24), FTRE appears to be behaving rationally with price. It wants to continue winning business for its capabilities, surgically competing on price while adjusting its cost structure behind the scenes. Along this vein, divesting Enabling Services makes perfect sense. The business was a drag on margins (and perhaps on Historic View backlog) last year. Mgt's quantification of the lost annualized contribution...$250M rev/$30M EBITDA...sounds high to us.

**Key Points on Demand and Bookings.** 1) Mgt still sees a 1.2x as achievable in 1Q and 2024. 2) Getting to 1.2x in 1Q doesn't pull-forward and create a tougher "lift" in 2Q. 3) Business mix is fairly balanced across pharma/biotech and full service/FSP/ClinPharm. 4) Mgt wants to be competitive but, consistent with comments in Jan, is not chasing large-scale, tightly-priced FSP work where it is not adequately scaled. Mgt believes FTRE is pricing in line with competitors. Even if that is not fully accurate, it highlights massive cost inefficiencies in the business.

| ESTIMATE CHANGE | |
| --- | --- |
| RATING | **BUY** |
| PRICE | **$36.41^** |
| PRICE TARGET \| % TO PT | **$44.00 \| +21%** |
| 52W HIGH-LOW | **$38.47 - $24.93** |
| FLOAT (%) \| ADV MM (USD) | **99.4% \| 30.13** |
| MARKET CAP | **$3.2B** |
| TICKER | **FTRE** |

^Prior trading day's closing price unless otherwise noted.

| | CHANGE TO JEFe | | JEF vs CONS | |
| --- | --- | --- | --- | --- |
| | 2024 | 2025 | 2024 | 2025 |
| EBITDA | -14% | -11% | -14% | -5% |
| EPS | +66% | +17% | +5% | +29% |

| 2024 ($) | Q1 | Q2 | Q3 | Q4 | FY |
| --- | --- | --- | --- | --- | --- |
| EPS | 0.06 | 0.18 | 0.40 | 0.54 | ↑1.19 |
| PREV | | | | | 0.71 |

| (FY Dec) | 2022A | 2023A | 2024E | 2025E |
| --- | --- | --- | --- | --- |
| EBITDA (MM) | 405.1 | 267.3 | 286.2 | 403.8 |
| Cons. EBITDA | - | 273.3 | 333.7 | 424.5 |
| EPS | 3.40 | 1.40 | 1.19 | 2.32 |
| Cons. EPS | - | 1.28 | 1.13 | 1.80 |

**David Windley, CFA *  | Equity Analyst**
(615) 963-8313 | dwindley@jefferies.com

**Jonathan Lim, MD *  | Equity Analyst**
(615) 963-8312 | jlim2@jefferies.com

**Tucker Remmers *  | Equity Associate**
+1 (615) 963-8315 | tremmers@jefferies.com

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 4 - 9 of this report.
* Jefferies LLC / Jefferies Research Services, LLC

# Jefferies

Fortrea Holdings Inc (FTRE)
Equity Research
March 11, 2024

## The Long View: Fortrea Inc

### Investment Thesis / Where We Differ

- FTRE entered the public markets with multiple preexisting operational challenges after years of underinvestment and the added burden of debt.
- Even so, FTRE is a reputable midsized clinical CRO that performs surprisingly well in our annual sponsor survey, e.g, in terms of expertise with decentralized trials.
- We believe the initial financial projections were overly optimistic re: FTRE's ability to reduce operational expenses as a standalone company.
- We also disagree with many investors as to the root causes of FTRE's subpar EBITDA margins. The public narrative has been that the cost structure, especially wages, is too high. To us, topline productivity per head is the larger issue.

### Risk/Reward - 12 Month View



Upside : Downside
2.07 : 1

60 (+65%)
44 (+21%)
25 (-31%)

2024    +12 mo.

### Base Case,
## $44, +21%

- FTRE's quarterly net book-to-bill (B2B) remains above 1.20x from hereon.
- Clinical Services revenue growth reaches 3-5% in 2H24
- Enabling Services is divested in 2Q24
- EBITDA margin rebounds to 10% by YE23 and continues to improve in 2024, exiting YE24 at mgt's 13% target
- 2025E EBITDA: $445M; Target Multiple: 13.4x

### Upside Scenario,
## $60, +65%

- FTRE sequentially improves net book-to-bill (B2B) in 2024.
- Clinical growth is 3-5% y/y throughout 2024
- Enabling Services is divested in 2Q24 and FTRE realizes $50M in milestone payments
- EBITDA margin improves >300 bps by YE24, ending the year above mgt's 13% target
- 2025E EBITDA: $489M; Target Multiple: 15.4x

### Downside Scenario,
## $25, -31%

- FTRE's net book-to-bill (B2B) deteriorates and FTRE fails to sustain >1.20x B2B ratios.
- Clinical revenue declines LSD% in 2024, as FTRE fails to find ways to utilize extra headcount, i.e., productivity fails to improve
- Enabling Services divestiture potentially is delayed
- EBITDA margin stays <10% through 2024
- 2025E EBITDA: $393M; Target Multiple: 10.5x

### Sustainability Matters

**Top Material Issue(s): 1) Human Rights & Community Relations:** To ensure fairness for human trial subjects, CROs must validate protocols, maintain data integrity, and report adverse health events expeditiously. CROs can advance patient safety by leveraging insights to identify the most suitable trial patients and effectively monitoring protocol adherence. In addition, diversity and inclusion in the recruitment process must be a key focus — underrepresentation of minority groups in clinical trials is an ongoing concern. **2) Employee Engagement, Diversity & Inclusion:** Human capital is core to any CRO's business model. Employees work directly with biopharma sponsors to develop and execute clinical trials and patient access programs. Maintaining a healthy work environment ensures that employees can work at their best.
**Company Target(s):** N/A
**Qs to Management:** 1) How does FTRE's patient recruitment engine optimize representation of diverse populations in clinical trials? 2) What employee retention, living wage, and career development programs does FTRE offer to maximize retention and employee satisfaction?

### Catalysts

- Demonstrating EBITDA margin improvement
- Exiting Labcorp Transition Service Agreements (TSAs)

Please see important disclosure information on pages 4 - 9 of this report.

2
This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Fortrea Holdings Inc (FTRE)
Equity Research
March 11, 2024

## Exhibit 1 - FTRE Model

**FORTREA HOLDINGS INC.**
*Earnings Model*

| FY December | Q1 | Q2 | Q3 | Q4 | 2023 | Q1E | Q2E | Q3E | Q4E | 2024 | Q1E | Q2E | Q3E | Q4E | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Source: Jefferies LLC | | | | | | | | | | | | | | | |
| Net revenue | $764,200 | $793,000 | $776,400 | $775,400 | $3,109,000 | $763,812 | $776,825 | $732,965 | $746,905 | $3,020,507 | $746,081 | $761,815 | $777,360 | $793,621 | $3,078,878 |
| Direct costs | 636,200 | 649,400 | 647,300 | 655,700 | 2,588,600 | 653,539 | 658,847 | 605,157 | 601,727 | 2,519,270 | 603,302 | 613,740 | 623,931 | 634,602 | 2,475,575 |
| SG&A | 78,000 | 80,800 | 78,900 | 98,900 | 336,600 | 93,603 | 89,371 | 73,331 | 73,979 | 330,284 | 73,151 | 73,932 | 75,441 | 77,019 | 299,542 |
| Unallocated adjustments | 7,100 | 9,700 | 20,300 | 46,400 | 83,500 | 30,552 | 31,073 | 27,486 | 26,142 | 115,253 | 24,248 | 24,759 | 25,264 | 25,793 | 100,064 |
| *EBITDA* | 57,100 | 72,500 | 70,500 | 67,200 | 267,300 | 47,223 | 59,679 | 81,964 | 97,340 | 286,206 | 93,876 | 98,903 | 103,253 | 107,794 | 403,824 |
| Depreciation | 6,900 | 9,100 | 8,600 | 8,000 | 32,600 | 8,000 | 8,000 | 8,000 | 8,000 | 32,000 | 8,000 | 8,000 | 8,000 | 8,000 | 32,000 |
| Operating expenses | 714,000 | 729,600 | 714,500 | 716,200 | 2,874,300 | 724,589 | 725,146 | 659,001 | 657,564 | 2,766,301 | 660,206 | 670,913 | 682,107 | 693,828 | 2,707,054 |
| EBIT | 50,200 | 63,400 | 61,900 | 59,200 | 234,700 | 39,223 | 51,679 | 73,964 | 89,340 | 254,206 | 85,876 | 90,903 | 95,253 | 99,794 | 371,824 |
| Interest (expense)/income | - | (700) | (34,600) | (34,500) | (69,800) | (31,837) | (29,923) | (28,079) | (27,562) | (117,402) | (27,070) | (26,672) | (26,475) | (26,244) | (106,460) |
| Charges | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| FX (gain)/loss - other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pretax income | 50,200 | 62,700 | 27,300 | 24,700 | 164,900 | 7,386 | 21,756 | 45,885 | 61,778 | 136,804 | 58,806 | 64,231 | 68,778 | 73,550 | 265,364 |
| Taxes | 9,900 | 16,400 | 6,000 | 8,100 | 40,400 | 1,809 | 5,330 | 10,095 | 13,591 | 30,825 | 12,937 | 14,131 | 15,131 | 16,181 | 58,380 |
| Equity investee | | | | | | | | | | | | | | | |
| Net income | | | | | | | | | | | | | | | |
| Adjustments | | | | | | | | | | | | | | | |
| Adjusted NI | 40,300 | 46,300 | 21,300 | 16,600 | 124,500 | 5,576 | 16,426 | 35,790 | 48,187 | 105,979 | 45,869 | 50,100 | 53,647 | 57,369 | 206,984 |
| **EPS** | | | | | | | | | | | | | | | |
| **EPS b/f charges** | **$0.45** | **$0.52** | **$0.24** | **$0.19** | **$1.40** | **$0.06** | **$0.18** | **$0.40** | **$0.54** | **$1.19** | **$0.51** | **$0.56** | **$0.60** | **$0.64** | **$2.32** |
| Diluted shares | 88,800 | 88,800 | 89,200 | 89,200 | 89,000 | 89,200 | 89,200 | 89,200 | 89,200 | 89,200 | 89,200 | 89,200 | 89,200 | 89,200 | 89,200 |
| **Common Size:** | | | | | | | | | | | | | | | |
| Net revenue | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Growth | | | | | | | | | | | | | | | |
| Direct costs | 83.3% | 81.9% | 83.4% | 84.6% | 83.3% | 85.6% | 84.8% | 82.6% | 80.6% | 83.4% | 80.9% | 80.6% | 80.3% | 80.0% | 80.4% |
| *Gross margin* | 16.7% | 18.1% | 16.6% | 15.4% | 16.7% | 14.4% | 15.2% | 17.4% | 19.4% | 16.6% | 19.1% | 19.4% | 19.7% | 20.0% | 19.6% |
| SG&A | 10.2% | 10.2% | 10.2% | 12.8% | 10.8% | 12.3% | 11.5% | 10.0% | 9.9% | 10.9% | 9.8% | 9.7% | 9.7% | 9.7% | 9.7% |
| Other | -0.9% | -1.2% | -2.6% | -6.0% | -2.7% | -4.0% | -4.0% | -3.8% | -3.5% | -3.8% | -3.3% | -3.3% | -3.3% | -3.3% | -3.3% |
| *Adj. EBITDA margin* | 7.5% | 9.1% | 9.1% | 8.7% | 8.6% | 6.2% | 7.7% | 11.2% | 13.0% | 9.5% | 12.6% | 13.0% | 13.3% | 13.6% | 13.1% |
| D&A | 0.9% | 1.1% | 1.1% | 1.0% | 1.0% | 3.0% | 3.0% | 3.0% | 3.0% | 1.1% | 3.0% | 3.0% | 3.0% | 3.0% | 1.0% |
| Total expenses | 93.4% | 92.0% | 92.0% | 92.4% | 92.5% | 94.9% | 93.3% | 89.9% | 88.0% | 91.6% | 88.5% | 88.1% | 87.7% | 87.4% | 87.9% |
| EBIT | 6.6% | 8.0% | 8.0% | 7.6% | 7.5% | 5.1% | 6.7% | 10.1% | 12.0% | 8.4% | 11.5% | 11.9% | 12.3% | 12.6% | 12.1% |
| Interest expense | 0.0% | -0.1% | -4.5% | -4.4% | -2.2% | -4.2% | -3.9% | -3.8% | -3.7% | -3.9% | -3.6% | -3.5% | -3.4% | -3.3% | -3.5% |
| Charges | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| FX (gain)/loss | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Pretax income | 6.6% | 7.9% | 3.5% | 3.2% | 5.3% | 1.0% | 2.8% | 6.3% | 8.3% | 4.5% | 7.9% | 8.4% | 8.8% | 9.3% | 8.6% |
| Taxes | 19.7% | 26.2% | 22.0% | 32.8% | 24.5% | 24.5% | 24.5% | 22.0% | 22.0% | 22.5% | 22.0% | 22.0% | 22.0% | 22.0% | 22.0% |
| Equity investee | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Net income | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjusted net income | 5.3% | 5.8% | 2.7% | 2.1% | 4.0% | 0.7% | 2.1% | 4.9% | 6.5% | 3.5% | 6.1% | 6.6% | 6.9% | 7.2% | 6.7% |
| **% Change** | | | | | | | | | | | | | | | |
| Net Revenue | -1.9% | 0.0% | 1.8% | 1.8% | 0.4% | -0.1% | -2.0% | -5.6% | -3.7% | -2.8% | -2.3% | -1.9% | 6.1% | 6.3% | 1.9% |
| Direct Costs | -0.3% | 5.7% | 8.8% | 9.2% | 5.8% | 2.7% | 1.5% | -6.5% | -8.2% | -2.7% | -7.7% | -6.8% | 3.1% | 5.5% | -1.7% |
| SG&A | 4.0% | 13.5% | 11.6% | 57.2% | 20.3% | 20.0% | 10.6% | -7.1% | -25.2% | -1.9% | -21.8% | -17.3% | 2.9% | 4.1% | -9.3% |
| *EBITDA* | -23.7% | -37.1% | -33.0% | -38.8% | -34.0% | -17.3% | -17.7% | 16.3% | 44.9% | 7.1% | 98.8% | 65.7% | 26.0% | 10.7% | 41.1% |
| D&A | 3.0% | 33.8% | 32.3% | 14.3% | 20.7% | 15.9% | -12.1% | -7.0% | 0.0% | -1.8% | 0.0% | 0.0% | 0.0% | 0.0% | -2.1% |
| Total expenses | 0.4% | 6.6% | 7.7% | 8.7% | 5.8% | 1.5% | -0.6% | -7.8% | -8.2% | -3.8% | -8.9% | -7.5% | 3.5% | 5.5% | -2.1% |
| EBIT | -26.3% | -41.6% | -37.3% | -42.4% | -37.9% | -21.9% | -18.5% | 19.5% | 50.9% | 8.3% | 118.9% | 75.9% | 28.8% | 11.7% | 46.3% |
| Interest expense | | | | | | 4174.8% | -18.8% | -20.1% | 68.2% | | | -10.9% | -5.7% | -4.8% | -9.3% |
| Pretax income | -26.3% | -42.2% | -72.3% | -76.0% | -56.4% | -85.3% | -65.3% | 68.1% | 150.1% | -17.0% | 696.2% | 195.2% | 49.9% | 19.1% | 94.0% |
| Taxes | -28.8% | -26.8% | -67.4% | -61.8% | -46.8% | -81.7% | -67.5% | 68.2% | 67.8% | -23.7% | 615.0% | 165.1% | 49.9% | 19.1% | 89.4% |
| Net income | | | | | | | | | | | | | | | |
| Net income ex. charges | -25.6% | -46.2% | -73.5% | -79.7% | -58.8% | -86.2% | -64.5% | 68.0% | 190.3% | -14.9% | 722.6% | 205.0% | 49.9% | 19.1% | 95.3% |
| **EPS** | | | | | | | | | | | | | | | |
| **EPS b/f Charges** | **-25.6%** | **-46.2%** | **-73.6%** | **-79.7%** | **-58.9%** | **-86.2%** | **-64.7%** | **68.0%** | **190.3%** | **-15.1%** | **722.6%** | **205.0%** | **49.9%** | **19.1%** | **95.3%** |
| **GAAP Income Statement** | | | | | | | | | | | | | | | |
| Revenues | 764,200 | 793,000 | 776,400 | 775,400 | 3,109,000 | 763,812 | 776,825 | 732,965 | 746,905 | 3,020,507 | 746,081 | 761,815 | 777,360 | 793,621 | 3,078,878 |
| Direct costs | 636,200 | 649,400 | 647,300 | 655,700 | 2,588,600 | 653,539 | 658,847 | 605,157 | 601,727 | 2,519,270 | 603,302 | 613,740 | 623,931 | 634,602 | 2,475,575 |
| SG&A | 78,000 | 80,800 | 78,900 | 98,900 | 336,600 | 93,603 | 89,371 | 73,331 | 73,979 | 330,284 | 73,151 | 73,932 | 75,441 | 77,019 | 299,542 |
| D&A | 22,800 | 25,100 | 24,600 | 23,900 | 96,400 | 23,950 | 23,950 | 23,950 | 23,950 | 95,800 | 23,225 | 23,225 | 23,225 | 23,225 | 92,900 |
| Goodwill and other asset impai | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restructuring and other charge | 1,200 | 3,900 | 11,600 | 7,600 | 24,300 | - | - | - | - | - | - | - | - | - | - |
| Operating expenses | 738,200 | 759,200 | 762,400 | 786,100 | 3,045,900 | 771,092 | 772,169 | 702,438 | 699,656 | 2,945,354 | 699,678 | 710,897 | 722,597 | 734,846 | 2,868,017 |
| **EBIT** | 26,000 | 33,800 | 14,000 | (10,700) | 63,100 | (7,280) | 4,656 | 30,528 | 47,249 | 75,153 | 46,403 | 50,919 | 54,764 | 58,776 | 210,861 |
| Interest (expense)/income | - | (700) | (34,600) | (34,500) | (69,800) | (31,837) | (29,923) | (28,079) | (27,562) | (117,402) | (27,070) | (26,672) | (26,475) | (26,244) | (106,460) |
| FX (loss)/gain | (5,500) | 5,400 | (900) | 1,900 | 900 | - | - | - | - | - | - | - | - | - | - |
| Other (expense)/income | 600 | 400 | 3,600 | 2,300 | 6,900 | - | - | - | - | - | - | - | - | - | - |
| Pretax income | 21,100 | 38,900 | (17,900) | (41,000) | 1,100 | (39,117) | (25,267) | 2,448 | 19,686 | (42,249) | 19,333 | 24,247 | 28,289 | 32,532 | 104,401 |
| Taxes paid (benefit) | 3,700 | 10,600 | (4,800) | (5,000) | 4,500 | (9,584) | (6,190) | 539 | 4,331 | (10,904) | 4,253 | 5,334 | 6,224 | 7,157 | 22,968 |
| **GAAP Net Income** | 17,400 | 28,300 | (13,100) | (36,000) | (3,400) | (29,533) | (19,077) | 1,910 | 15,355 | (31,345) | 15,080 | 18,912 | 22,065 | 25,375 | 81,433 |
| *effective tax rate* | 17.5% | 27.2% | 26.8% | 12.2% | 409.1% | 24.5% | 24.5% | 22.0% | 22.0% | 25.8% | 22.0% | | | | 22.0% |
| EPS | $0.20 | $0.32 | ($0.15) | ($0.40) | -$0.04 | ($0.33) | ($0.21) | $0.02 | $0.17 | -$0.35 | $0.17 | $0.21 | $0.25 | $0.29 | $0.91 |
| Diluted shares | 88,800 | 88,800 | 89,200 | 89,200 | 89,000 | 89,000 | 89,000 | 89,000 | 89,000 | 89,000 | 89,000 | 89,000 | 89,000 | 89,000 | 89,000 |

Source: Jefferies, Company data

Please see important disclosure information on pages 4 - 9 of this report.

3

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Fortrea Holdings Inc (FTRE)
Equity Research
March 11, 2024

## Company Description

**Fortrea Inc**

Fortrea is the former Labcorp Drug Development clinical research organization. Spun off from Labcorp in 2023, it encompasses most of the Covance CRO that Labcorp acquired in 2014, less the preclinical operations (Labcorp Early Development).

## Company Valuation/Risks

**Fortrea Inc**

We value Fortrea at 13.4x EV/'25 EBITDA, a discount to peers ICLR and IQV. We believe 2025 could be Fortrea's first full year of EBITDA margins in the teens as a public company. To get there, however, Fortrea must drive consistent margin improvement throughout 2024 by growing topline and cutting costs.

## Analyst Certification:

I, David Windley, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Jonathan Lim, MD, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Tucker Remmers, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Published | March 11, 2024 , 20:41 ET. |
| Recommendation Distributed | March 11, 2024 , 20:41 ET. |

## Company Specific Disclosures

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

Please see important disclosure information on pages 4 - 9 of this report.

4

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Fortrea Holdings Inc (FTRE)
Equity Research
March 11, 2024

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/ average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

**Jefferies Franchise Picks**

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

• Fortrea Holdings Inc (FTRE: $36.41, BUY)



**Rating and Price Target History for: Fortrea Holdings Inc (FTRE) as of 03-08-2024**

01/04/2024    I:BUY:$44.00

**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

Please see important disclosure information on pages 4 - 9 of this report.

5

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

Fortrea Holdings Inc (FTRE)

**Equity Research**

March 11, 2024

## Distribution of Ratings

| | Count | Percent | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
|---|---|---|---|---|---|---|
| | | | Count | Percent | Count | Percent |
| BUY | 1992 | 58.97% | 350 | 17.57% | 117 | 5.87% |
| HOLD | 1218 | 36.06% | 115 | 9.44% | 21 | 1.72% |
| UNDERPERFORM | 168 | 4.97% | 4 | 2.38% | 3 | 1.79% |

Please see important disclosure information on pages 4 - 9 of this report.

6

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

## Other important disclosures

**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Financial Group Inc. ("Jefferies") companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**Canada:** Jefferies Securities Inc., which is an investment dealer registered in each of the thirteen Canadian jurisdictions and a dealer member of the Canadian Investment Regulatory Organization, including research reports produced jointly by Jefferies Securities Inc. and another Jefferies entity (and distributed by Jefferies Securities Inc.).

Where Jefferies Securities Inc. distributes research reports produced by Jefferies LLC, Jefferies International Limited, Jefferies (Japan) Limited, Tokyo Branch or Jefferies India Private Limited, you are advised that each of Jefferies LLC, Jefferies International Limited, Jefferies (Japan) Limited, Tokyo Branch and Jefferies India Private Limited operates as a dealer in your jurisdiction under an exemption from the dealer registration requirements contained in National Instrument 31-103 Registration Requirements, Exemptions and Ongoing Registrant Obligations and, as such, each of Jefferies LLC, Jefferies International Limited, Jefferies (Japan) Limited, Tokyo Branch and Jefferies India Private Limited is not required to be and is not a registered dealer or adviser in your jurisdiction. You are advised that where Jefferies LLC or Jefferies International Limited prepared this research report, it was not prepared in accordance with Canadian disclosure requirements relating to research reports in Canada.

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Germany:** Jefferies GmbH, which is authorized and regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht, BaFin-ID: 10150151; registered office: Bockenheimer Landstr. 24, 60232 Frankfurt a.M., Germany; telephone: +49 (0) 69 719 1870

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Level 26, Two International Finance Center, 8 Finance Street, Central, Hong Kong; telephone: +852 3743 8000.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at Level 16, Express Towers, Nariman Point, Mumbai 400 021, India; Tel +91 22 4356 6000. Compliance Officer name: Sanjay Pai, Tel No: +91 22 42246150, Email: spai@jefferies.com, Grievance officer name: Sanjay Pai, Tel no. +91 22 42246150, Email: compliance_india@jefferies.com. Registration granted by SEBI and certification from NISM in no way guarantee performance of the intermediary or provide any assurance of returns to investors.

**Australia:** Jefferies (Australia) Pty Limited (ACN 623 059 898), which holds an Australian financial services license (AFSL 504712) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

**Dubai:** Jefferies International Limited, Dubai branch, which is licensed by the Dubai Financial Services Authority (DFSA Reference Number F007325); registered office Unit L31-06, L31-07, Level 31, ICD Brookfield Pace, DIFC, PO Box 121208, Dubai, UAE.

This report was prepared by personnel who are associated with Jefferies (Jefferies Securities Inc., Jefferies International Limited, Jefferies GmbH, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), and Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA, the Canadian Investment Regulatory Organization and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and/or Jefferies GmbH and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed. Jefferies LLC, JIL, Jefferies GmbH and their affiliates, may make a market or

Please see important disclosure information on pages 4 - 9 of this report.

7

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined by National Instrument 31-103 Registration Requirements, Exemptions and Ongoing Registrant Obligations, as applicable. This research report is a general discussion of the merits and risks of a security or securities only, and is not in any way meant to be tailored to the needs and circumstances of any recipient. The information contained herein is not, and under no circumstances is to be construed as, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators, if applicable, and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon this research report, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence.

In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, where this material is prepared and issued by a Jefferies affiliate outside of Singapore, it is distributed by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act 2001 (Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Dubai, this material is issued and distributed by Jefferies International Limited, Dubai branch, and is intended solely for Professional Clients and should not be distributed to, or relied upon by, Retail Clients (as defined by DFSA). A distribution of ratings in percentage terms in each sector covered is available upon request from your sales representative. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263). It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 (Cth) of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

This report is intended for Jefferies clients only. Unauthorized distribution is prohibited.

# Jefferies

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be copied, reprinted, sold, or redistributed or disclosed by the recipient or any third party, by content scraping or extraction, automated processing, or any other form or means, without the prior written consent of Jefferies. Any unauthorized use is prohibited. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2024 Jefferies