**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

CONSTRUCTION INDUSTRY LABORERS PENSION FUND, and CITY OF PONTIAC REESTABLISHED GENERAL EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

25 **CIVIL** 4630 (KPF)

# JUDGMENT

FORTREA HOLDINGS INC., THOMAS PIKE, and JILL MCCONNELL,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2026, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. mango

**Deputy Clerk**